221

Thomas F. Sullivan ⎫
        vs.              ⎬ Eq.No.4457
Standard Oil Company ⎭

DECISION

August 6, 1918

DORAN, J.    I am unable to see either that the action of the District Court complained of is reviewable by this Court or that the case belongs to the class in which equity can enjoin the enforcement of a judgment.

Motion for preliminary injunction denied.

For Complainant: Joseph C. Cawley.

For Respondent: Francis I. McCanna.